**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Michael TAYLOR, Jr., Defendant–Appellant.**

**No. 03–41413 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 23, 2004.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

James Michael Taylor, Jr., Wharton, TX, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent James Michael Taylor, Jr., has moved for leave to withdraw from this direct appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Taylor has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivo-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

lous issue in this appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.